CLAIRE SIMMONDS, Appellant, *v.* MARTIN L. SOWERS et al.,
Respondents.
CLAIRE SIMMONDS, Appellant, *v.* MARTIN L. SOWERS,
Respondent.

Argued January 11, 1940; decided March 5, 1940.

*Claire Simmonds,* appellant, in person.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Paxton Blair* of counsel), for Sanford J. Ellsworth, respondent.

*Martin Luther Sowers,* respondent, in person.

In each action: Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.